# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BLUE SPHERE, INC., d/b/a LUCKY 13 and ROBERT A. KLOETZY, | ) ) ) ) Case No. 24-cv-3593 ) ) Judge John J. Tharp, Jr. ) ) Magistrate Judge Maria Valdez ) ) ) ) ) ) ) |
| Plaintiff, | |
| v. | |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | |
| Defendants. | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH LEAVE TO REINSTATE AS TO DEFENDANT NO. 47 "LEVAIART2023"**

Plaintiff and Defendant No. 47 "levaiart2023" have resolved this matter in principle. Therefore, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff BLUE SPHERE, INC., d/b/a LUCKY 13 and ROBERT A. KLOETZY hereby dismisses without prejudice with leave to reinstate on or before October 23, 2024, against Defendant No. 47 "levaiart2023". In the event a motion to reinstate is not filed on or before October 23, 2024, the case shall be deemed, without further order of the Court, to be dismissed with prejudice against Defendant No. 47 "levaiart2023". Each party shall bear its own attorney's fees and costs.

In view of this dismissal, the Objection to Plaintiff's Motion for Entry of a Preliminary Injunction filed by Defendant No. 47 "levaiart2023" [Dkt. No. 61] on July 16, 2024, is rendered moot.

The respective Defendant has not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: July 25, 2024　　　　　By:　s/Michael A. Hierl
　　　　　　　　　　　　　　　　　Michael A. Hierl (Bar No. 3128021)
　　　　　　　　　　　　　　　　　William B. Kalbac (Bar No. 6301771)
　　　　　　　　　　　　　　　　　Hughes Socol Piers Resnick & Dym, Ltd.
　　　　　　　　　　　　　　　　　Three First National Plaza
　　　　　　　　　　　　　　　　　70 W. Madison Street, Suite 4000
　　　　　　　　　　　　　　　　　Chicago, Illinois 60602

　　　　　　　　　　　　　　　　　(312) 580-0100 Telephone
　　　　　　　　　　　　　　　　　mhierl@hsplegal.com

　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　BLUE SPHERE, INC., d/b/a LUCKY 13 and
　　　　　　　　　　　　　　　　　ROBERT A. KLOETZY

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal with Leave to Reinstate was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on July 25, 2024.

                                                   s/Michael A. Hierl